Bill PRYOR, Attorney General for the State of Alabama, State of Alabama, Plaintiffs-Appellants,

v.

Janet RENO, Attorney General of the United States, United States of America, Defendants-Appellees.

No. 98-6261.

United States Court of Appeals,

Eleventh Circuit.

May 11, 2000.

Appeal from the United States District Court for the Middle District of Alabama (No. CV-97-D-1396-N); Ira DeMent, Judge.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before TJOFLAT, Circuit Judge, and GODBOLD and HILL, Senior Circuit Judges.

BY THE COURT:

The Supreme Court of the United States, having vacated and remanded this case for further consideration in the light of *Reno v. Condon,* 528 U.S. ----, 120 S.Ct. 666, 145 L.Ed.2d 587 (2000) it is therefore

ORDERED AND ADJUDGED,

that the judgment of the district court in the above-referenced case is hereby VACATED and the case is REMANDED to the United States District Court for the Middle District of Alabama for further consideration in light of *Reno v. Condon,* 528 U.S. ----, 120 S.Ct. 666 (2000).